LETITIA HOSFORD, Respondent, *v.* FREDERICK KELSCH, Appellant.

(Argued January 27, 1886; decided February 12, 1886.)

*M. L. Towns* for appellant.

*James J. Rogers* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JAMES TALCOTT. Appellant, *v.* WALTER S. PIERCE et al., Respondents.

(Argued January 27, 1886 ; decided February 12, 1886.)

*William P. Chambers* for appellant.

*John E. Parsons* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

AMBROSE S. CASSIDY, Respondent, *v.* ROBERT JENKINS, Appellant.

(Argued February 1, 1886 ; decided February 12, 1886.)

*George H. Yeaman* for appellant.

*Rastus S. Ransom* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.